

**FILED**
CLERK, U.S. DISTRICT COURT

**06/29/26**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ cld _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA JAY JOHNSON, <br><br> Defendant. | Case No.  2:26-MJ-03814 DUTY <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☒　the appearance of defendant as required; and/or

☒　the safety of any person or the community.

//

//

//

The Court concludes:

☒ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk.  The risk of nonappearance is based on: instant allegations; declined to be interviewed; unknown bail resources

☒ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk.  The risk of danger is based on: instant allegations; criminal history.

IT IS THEREFORE ORDERED that the defendant be detained.

Dated:  06/29/2026                    _____/s/_____
                                      HON. ROZELLA A. OLIVER
                                      UNITED STATES MAGISTRATE JUDGE